# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0232 (EGS) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 21, 2020, Minute Order, Defendant U.S. Department of the Interior ("DOI") and Plaintiff WildEarth Guardians ("Guardians") (collectively, "the Parties") provide the following Joint Status Report to the Court:

1. Plaintiff filed its Complaint in this action (ECF No. 1) on January 31, 2018, pursuant to the Freedom of Information Act ("FOIA"). The Summons and Complaint were served on the United States Attorney's Office on February 22, 2018 (ECF No. 9). Defendant answered on April 24, 2018 (ECF No. 12).

2. In June, July, and August of 2017, Plaintiff filed four separate FOIA requests seeking records documenting communications involving officials within DOI. The records sought include e-mail messages, text messages, and voicemails.

3. Defendant states its position as follows:

    a. Since the prior report, DOI reviewed an additional 1,206 pages and made an additional release of 563 pages to Plaintiff on March 31, 2020. DOI unexpectedly lost two FOIA processors in December, which significantly impacted the pace at which this

and other FOIA requests were processed at the beginning of the year. Although no productions were made in January and February as a consequence of those departures, DOI has been working to catch up (as reflected by the fact that DOI reviewed over 1200 pages).

    b. DOI can commit to processing at least 500 pages per month, and will produce the responsive, non-exempt records by the last working day of each month moving forward.

    c. DOI reports that there are approximately 173,095 pages of responsive records remaining for DOI to review. DOI maintains its position that the entire process will go much faster if Plaintiff will agree to some narrowing or prioritization criteria, which to date it has not been willing to do.

4. Plaintiff states its position as follows:

    a. Guardians notes that the FOIA requests at issue are now over 30-32 months old (well over two years), and respectfully requests that DOI aim to process at least 1,000 pages of responsive records per month.

    b. Guardians further reports that, as communicated to Defendant's counsel on November 18, 2019, it has considered DOI's request to narrow its FOIA requests, however, maintains its position that it is interested in receiving all responsive records for the four requests at issue in this case and is willing to defer to DOI regarding the prioritization to allow the agency as much flexibility as it needs to most efficiently and quickly complete its processing of the requests.

5. Finally, since the last Joint Status Report, Defendant substituted its lead counsel on this matter. ECF No. 26.

Accordingly, the Parties propose to file another Joint Status Report no later than June 1, 2020, advising the court of the status of DOI's response to the FOIA requests at issue and setting forth recommendations for further proceedings, if necessary.

Dated: March 31, 2020

Respectfully submitted,

| | |
|---|---|
| TIMOTHY J. SHEA, D.C. BAR #437437<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ *Sean M. Tepe*<br>SEAN M. TEPE, DC BAR #1001323<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-2533<br>sean.tepe@usdoj.gov<br><br>*Counsel for Defendant* | By: /s/ *Kelly E. Nokes*<br>D.C. Bar No. MT0001<br>Western Environmental Law Center<br>208 Paseo del Pueblo Sur, No. 602<br>Taos, NM 8757<br>(575) 613-8051 (telephone)<br>nokes@westernlaw.org<br><br>*Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILDEARTH GUARDIANS, ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF THE INTERIOR, ) ) Defendant. ) ) ) | Civil Action No. 18-0232 (EGS) |

## **ORDER**

Upon consideration of the Joint Status Report submitted by the Parties and the entire record herein, it is hereby

**ORDERED** that the Parties shall file an additional Joint Status Report by June 1, 2020.

It is **SO ORDERED** this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE