UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0232 (EGS) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's November 30, 2020, Minute Order, Defendant U.S. Department of the Interior ("DOI") and Plaintiff WildEarth Guardians ("Guardians") (collectively, "the Parties") provide the following Joint Status Report to the Court:

1. Plaintiff filed its Complaint in this action (ECF No. 1) on January 31, 2018, pursuant to the Freedom of Information Act ("FOIA"). The Summons and Complaint were served on the United States Attorney's Office on February 22, 2018 (ECF No. 9). Defendant answered on April 24, 2018 (ECF No. 12).

2. In June, July, and August of 2017, Plaintiff filed four separate FOIA requests seeking records documenting communications involving officials within DOI. The records sought include e-mail messages, text messages, and voicemails.

3. Defendant states its position as follows:

    a. It reviewed 501 pages and released 476 pages on November 30, 2020. For the month of December, the Agency reviewed 501 pages and released 494 pages on

January 1, 2021. It reviewed 848 pages for the month of January and released 863 pages on January 27, 2021.

b. DOI remains committed to processing at least 500 pages per month, and will produce the responsive, non-exempt records by the last working day of each month moving forward.

c. DOI reports that there are approximately 167,052 pages of responsive records remaining for DOI to review. DOI maintains its position that the entire process will go much faster if Plaintiff will agree to some narrowing or prioritization criteria, which to date it has not been willing to do.

4. Plaintiff states its position as follows:

a. Guardians notes that the FOIA requests at issue are now well over two years old, and respectfully requests that DOI aim to process at least 1,000 pages of responsive records per month.

b. Guardians further reports that, as communicated to Defendant's counsel on November 18, 2019, it has considered DOI's request to narrow its FOIA requests, however, maintains its position that it is interested in receiving all responsive records for the four requests at issue in this case and is willing to defer to DOI regarding the prioritization to allow the agency as much flexibility as it needs to most efficiently and quickly complete its processing of the requests.

Accordingly, the Parties propose to file another Joint Status Report no later than March 30, 2021, advising the court of the status of DOI's response to the FOIA requests at issue and setting forth recommendations for further proceedings, if necessary.

Dated: January 29, 2021

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Sean M. Tepe*
SEAN M. TEPE, DC BAR #1001323
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

By: /s/ *Kelly E. Nokes*
D.C. Bar No. MT0001
Western Environmental Law Center
208 Paseo del Pueblo Sur, No. 602
Taos, NM 8757
(575) 613-8051 (telephone)
nokes@westernlaw.org

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF THE INTERIOR, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 18-0232 (EGS) |

## **ORDER**

Upon consideration of the Joint Status Report submitted by the Parties and the entire record herein, it is hereby

**ORDERED** that the Parties shall file an additional Joint Status Report by March 30, 2021.

It is **SO ORDERED** this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE